

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

VIKAS KHANNA
ACTING UNITED STATES ATTORNEY

*Kristin L. Vassallo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*　　*main: (973) 645-2700*
*Newark, NJ 07102*
*kristin.vassallo@usdoj.gov*


January 30, 2025

**BY ECF**
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　Re:　*Legal Services of New Jersey v. Immigration and Customs Enforcement,*
　　　　　No. 23-cv-22222-JXN-CLW

Dear Judge Waldor:

　　The parties jointly respectfully request a brief, two-week adjournment of the next case status conference in the above matter, currently scheduled for tomorrow, January 31, 2025, at 10:30 a.m. We respectfully submit that there is good cause to grant this adjournment due to unforeseen emergent circumstances because Plaintiff's counsel is unexpectedly out on leave and unable to attend the conference. We apologize for the late submission of this request.

Thank you for the Court's consideration of this request.

                Respectfully submitted,

                VIKAS KHANNA
                Acting United States Attorney

By:   /s/ Kristin Vassallo
       SOPHIE KAISER
       KRISTIN VASSALLO
       Assistant United States Attorney
       *Attorneys for Defendant*

                LEGAL SERVICES OF NEW JERSEY

By:
       SHIRA WISOTSKY
       RAQUIBA HUQ
       *Attorneys for Plaintiff*