

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

ALINA HABBA
UNITED STATES ATTORNEY

*Sophie Kaiser*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*kristin.vassallo@usdoj.gov*

*main: (973) 645-2700*

April 15, 2025

**BY ECF**
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Legal Services of New Jersey v. Immigration and Customs Enforcement,* No. 23-cv-22222-JXN-CLW

Dear Judge Waldor:

The parties respectfully provide this letter with status updates in advance of the Court's April 16, 2025 status conference.

**ICE'S POSITION:**

ICE is working to fulfill Plaintiff's request in their settlement demand. Since the last status conference, ICE has been working to produce the records requested. ICE had some issues pulling records in chronological order and so will need until the end of next week to process the first 1000 pages and produce the responsive documents. As part of Plaintiff's settlement request, ICE is working on processing the spreadsheet responsive to the November 2024 FOIA request. ICE expects that the remaining 1000 documents will be processed and produced by mid-May, which is within the 60-day timeline of their settlement request.

As for the attorney's fee application, this must go through a multi-level approval process within ICE, so ICE anticipates 90 days for this to complete, which it anticipates would be some time in late May.

**PLAINTIFF'S POSITION**

Since the last status conference on March 14, 2025, Defendant has not made any production of responsive documents. Plaintiff acknowledges Defendant's

assertion that the next production is expected the week of April 21, 2025. Plaintiff continues to await a response on the settlement proposal conveyed on March 7, 2025.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

ALINA HABBA
United States Attorney

By: *_/s/ Sophie Kaiser______________*
SOPHIE KAISER
KRISTIN VASSALLO
Assistant United States Attorney
*Attorneys for Defendant*

LEGAL SERVICES OF NEW JERSEY

By: *_/s/ Raquiba Huq__________________*
RAQUIBA HUQ
SHIRA WISOTSKY
*Attorneys for Plaintiff*